I concur in the main opinion in its explanation and reconciliation of Powell v. Mullins, 479 So.2d 1119 (Ala. 1985), Ravi v. Williams, 536 So.2d 1374 (Ala. 1988), NortheastAlabama Regional Medical Center v. Robinson, 548 So.2d 439 (Ala. 1989), and Ravi v. Coates, 662 So.2d 218 (Ala. 1995). I further concur in the holdings of the main opinion to the effect that the evidence in this case presents issues of fact to be decided by the fact-finder — the jury in this case.
I respectfully dissent, however, from the conclusion that the jury charge "was sufficiently confusing as to deprive the jury of [the] opportunity" "to consider and believe either side's evidence." I therefore respectfully dissent from the judgment of reversal.